```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

KERRY CLARK,
     Petitioner,

                                              CIVIL ACTION NO.
     v.                                       18-12250-MBB

STEPHEN SPAULDING, Warden,
     Respondent.

## FINAL JUDGMENT

### December 20, 2019

**BOWLER, U.S.M.J.**

The issues having been duly heard and a decision rendered, it is **ORDERED** and **ADJUDGED** that the petition be **DISMISSED** for lack of jurisdiction.

                              /s/ Marianne B. Bowler
                              **MARIANNE B. BOWLER**
                              United States Magistrate Judge